CGFD19 (12/1/09)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 10–46204–EPK

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

| | |
|---|---|
| Miguel Ernesto Rodriguez<br>1335 Wellington Street<br>West Palm Beach, FL 33401 | Marisel Sabina<br>1335 Wellington Street<br>West Palm Beach, FL 33401 |
| SSN: xxx–xx–3045 | SSN: xxx–xx–2510 |

## NOTICE OF DEADLINE TO FILE REQUIRED DOCUMENTS AND/OR CORRECT FILING DEFICIENCIES

The above referenced case was filed on November 26, 2010. The following documents were not filed, or were not signed, or do not substantively conform to the official bankruptcy form(s):

**Payment Advices (Db) due 12/10/2010**

**Notice is given** pursuant to Local Rules 1007–1, 1007–2, 1017–2 and 5005–1(C)(3) that the debtor must submit the required documents and/or correct the filing deficiency indicated above not later than 14 days from the date of the filing of the petition. Failure to file the required documents or correct the filing deficiency on or before **December 10, 2010** may result in dismissal of this case without further notice.

**Notice is further given** that the Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" and the Official Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix pursuant to Bankruptcy Rules 1007 or 1009, and Local Rules 1007–2(B) and 1009–1(D). The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" must accompany any electronically filed schedule or statement filed without an imaged signature. See "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated: 11/29/10**

**CLERK OF COURT**
By: Hilda Corral
Deputy Clerk

A copy of this notice will be served on the Debtor and the attorney for the debtor (if applicable) by the clerk of court.