# Debtor's Pay Advices

5/5/10 _____ **to** _____ 11/17/10 _____

**Debtor** Marisel Sabina _____

**Joint Debtor** Miquel Rodriquez _____



**8928**

EMPLOYEE   Miguel E. Rodriguez    XXX-XX-3045                    CHECK NO.   008928

| EMP. NO. | OVERTIME | HOLIDAY | S | REGULAR | VACATION | EARNINGS | | |
|---|---|---|---|---|---|---|---|---|
| 0035 | | | | 460.00 | | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | |
| 40.00 | .00 | .00 | 40.00 | .00 | .00 | .00 | .00 | |

| TAXES/WITHHOLDINGS | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | 460.00 |
| 35.19 | 0.00 | .00 | .00 | .00 | .00 | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | 35.19 |
| .00 | CITY W/H TAX | GARNISH | | | .00 | TOTAL OTHER TAXES |
| | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | | | TOTAL VOL. DED. |
| | | | | | | .00 |

| PAY PERIOD | GROSS | | YEAR TO DATE | | | NET PAY |
|---|---|---|---|---|---|---|
| 04/15/10 | 7,375.82 | FED. W/H TAX | .00 | OTHER ST. TAX | .00 | 424.81 |
| 04/21/10 | 564.2 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**



**8945**

EMPLOYEE   Miguel E. Rodriguez    XXX-XX-3045                    CHECK NO.   008945

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | EARNINGS | |
|---|---|---|---|---|---|---|---|---|
| 0035 | | .00 | | 414.00 | .00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | |
| 36.00 | .00 | .00 | 36.00 | .00 | .00 | .00 | .00 | |

| TAXES/WITHHOLDINGS | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | 414.00 |
| 31.67 | 0.00 | .00 | .00 | .00 | .00 | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | 31.67 |
| .00 | CITY W/H TAX | GARNISH | | | .00 | TOTAL OTHER TAXES |
| .00 | .00 | .00 | .00 | .00 | | .00 |
| | | | | | | TOTAL VOL. DED. |
| | | | | | | .00 |

| PAY PERIOD | GROSS | | YEAR TO DATE | | | NET PAY |
|---|---|---|---|---|---|---|
| 04/22/10 | 7,789.82 | FED. W/H TAX | .00 | OTHER ST. TAX | .00 | 382.33 |
| 04/28/10 | 595.9 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**

**8962**

EMPLOYEE   Miguel E. Rodriquez    XXX-XX-3045                    CHECK NO.   008962

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | EARNINGS | |
|---|---|---|---|---|---|---|---|---|
| 0035 | | | | 460.00 | .00 | | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | |
| 40.00 | .00 | .00 | 40.00 | .00 | .00 | .00 | .00 | |

| TAXES/WITHHOLDINGS | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | 460.00 |
| 35.19 | 0.00 | .00 | .00 | .00 | .00 | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | 35.19 |
| .00 | CITY W/H TAX | GARNISH | | | .00 | TOTAL OTHER TAXES |
| .00 | .00 | .00 | .00 | .00 | | .00 |
| | | | | | | TOTAL VOL. DED. |
| | | | | | | .00 |

| PAY PERIOD | GROSS | | YEAR TO DATE | | | NET PAY |
|---|---|---|---|---|---|---|
| 04/29/10 | 8,249.82 | FED. W/H TAX | .00 | OTHER ST. TAX | .00 | 424.81 |
| 05/05/10 | 631.12 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**



**8979**

| EMPLOYEE | Miguel E. Rodriguez | XXX-XX-3045 | | CHECK NO. | 008979 |

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | | EARNINGS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0035 | .00 | | .00 | 460.00 | | .00 | .00 | .00 | | |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | | | |
| 40.00 | .00 | .00 | 40.00 | .00 | .00 | .00 | .00 | | | |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 460.00 |
| 35.19 | 0.00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 35.19 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |
| | | | | | | | .00 |

| PAY PERIOD | | GROSS | | YEAR TO DATE | | OTHER ST. TAX | | NET PAY |
|---|---|---|---|---|---|---|---|---|
| 05/06/10 | | 8,709.82 | FED. W/H TAX | .00 | | .00 | | 424.81 |
| 05/12/10 | FICA | 666.31 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | | |

## LAKE CLARKE GARDENS CONDOMINIUM, INC.

**8998**

| EMPLOYEE | Miguel E. Rodriguez | XXX-XX-3045 | | CHECK NO. | 008998 |

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | EARNINGS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0035 | .00 | .00 | .00 | 454.25 | | .00 | .00 | .00 | | |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | | | |
| 39.50 | .00 | .00 | 39.50 | .00 | .00 | .00 | .00 | | | |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 454.25 |
| 34.75 | 0.00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 34.75 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |
| | | | | | | | .00 |

| PAY PERIOD | | GROSS | | YEAR TO DATE | | OTHER ST. TAX | | NET PAY |
|---|---|---|---|---|---|---|---|---|
| 05/13/10 | | 9,164.07 | FED. W/H TAX | .00 | | .00 | | 419.50 |
| 05/19/10 | FICA | 701.06 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | | |

## LAKE CLARKE GARDENS CONDOMINIUM, INC.

**9015**

| EMPLOYEE | Miguel E. Rodriguez | XXX-XX-3045 | | CHECK NO. | 009015 |

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | EARNINGS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0035 | .00 | .00 | .00 | 448.50 | | .00 | .00 | .00 | | |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | | | |
| 39.00 | .00 | .00 | 39.00 | .00 | .00 | .00 | .00 | | | |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 448.50 |
| 34.31 | 0.00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 34.31 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |
| | | | | | | | .00 |

| PAY PERIOD | | GROSS | | YEAR TO DATE | | OTHER ST. TAX | | NET PAY |
|---|---|---|---|---|---|---|---|---|
| 05/20/10 | | 9,612.57 | FED. W/H TAX | .00 | | .00 | | 414.19 |
| 05/26/10 | FICA | 735.37 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | | |

## LAKE CLARKE GARDENS CONDOMINIUM, INC.



**LAKE CLARKE GARDENS CONDOMINIUM, INC.**

| EMPLOYEE | Miguel E. Rodriquez | XXX-XX-3045 | | EARNINGS | | |
|---|---|---|---|---|---|---|
| | HOURS | | | REGULAR | VACATION | SICK |
| EMP. NO. | OVERTIME | HOLIDAY | SPE... | 373.75 | | .00 |
| 0035 | .00 | 8.00 | | OVERTIME | HOLIDAY | SPECIAL |
| REGULAR | VACATION | SICK | TOTAL HRS. | | 92.00 | .00 |
| 32.50 | .00 | .00 | 40.50 | | | |

GROSS PAY **465.75**

VOLUNTARY DEDUCTIONS

| TAXES/WITHHOLDINGS | | | | | |
|---|---|---|---|---|---|
| | STATE W/H TAX | UNION | | | TOTAL TAXES W/H |
| FICA | .00 | .00 | | .00 | **35.63** |
| 35.63 | OTHER ST. W/H | LOAN | | | TOTAL OTHER TAXES |
| FEDERAL W/H TAX | | .00 | | .00 | .00 |
| | CITY W/H TAX | GARNISH | | | TOTAL VOL. DED. |
| | .00 | .00 | YEAR TO DATE | .00 | .00 |

| PAY PERIOD | GROSS | | FED. W/H TAX | OTHER ST. TAX | NET PAY |
|---|---|---|---|---|---|
| 05/27/10 | 10,078.32 | | .00 | .00 | 430.12 |
| 06/02/10 | 771.0 | STATE W/H TAX | .00 | CITY W/H TAX .00 | |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**

CHECK NO. **9051** 009051

| EMPLOYEE | Miguel E. Rodriquez | XXX-XX-3045 | | EARNINGS | | |
|---|---|---|---|---|---|---|
| | HOURS | | | REGULAR | VACATION | SICK |
| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | 445.63 | .00 | .00 |
| 0035 | .00 | .00 | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL |
| REGULAR | VACATION | SICK | | | .00 | .00 |
| 38.75 | .00 | .00 | 38.75 | | | |

GROSS PAY **445.63**

VOLUNTARY DEDUCTIONS

| TAXES/WITHHOLDINGS | | | | | |
|---|---|---|---|---|---|
| | STATE W/H TAX | UNION | | | TOTAL TAXES W/H |
| FICA | .00 | .00 | | .00 | **34.09** |
| 34.09 | OTHER ST. W/H | LOAN | | | TOTAL OTHER TAXES |
| FEDERAL W/H TAX | | .00 | | .00 | .00 |
| .00 | CITY W/H TAX | GARNISH | | | TOTAL VOL. DED. |
| | .00 | .00 | YEAR TO DATE | .00 | .00 |

| PAY PERIOD | GROSS | | FED. W/H TAX | OTHER ST. TAX | NET PAY |
|---|---|---|---|---|---|
| 06/03/10 | 10,523.95 | | .00 | .00 | 411.54 |
| 06/09/10 | 805.09 | STATE W/H TAX | | .00 | |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**

CHECK NO. **9068** 009068

| EMPLOYEE | Miguel E. Rodriquez | XXX-XX-3045 | | EARNINGS | | |
|---|---|---|---|---|---|---|
| | HOURS | | | REGULAR | VACATION | SICK |
| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | 460.00 | .00 | .00 |
| 0035 | .00 | .00 | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL |
| REGULAR | VACATION | SICK | 40.00 | | .00 | .00 |
| 40.00 | .00 | .00 | | | | |

GROSS PAY **460.00**

VOLUNTARY DEDUCTIONS

| TAXES/WITHHOLDINGS | | | | | |
|---|---|---|---|---|---|
| | STATE W/H TAX | UNION | | | TOTAL TAXES W/H |
| FICA | .00 | .00 | | .00 | **35.19** |
| 35.19 | OTHER ST. W/H | LOAN | | | TOTAL OTHER TAXES |
| FEDERAL W/H TAX | | .00 | | .00 | .00 |
| .00 | CITY W/H TAX | GARNISH | | | TOTAL VOL. DED. |
| .00 | .00 | .00 | YEAR TO DATE | .00 | .00 |

| PAY PERIOD | GROSS | | FED. W/H TAX | OTHER ST. TAX | NET PAY |
|---|---|---|---|---|---|
| 06/10/10 | 10,983.95 | | .00 | .00 | 424.81 |
| 06/16/10 | 840.28 | STATE W/H TAX | .00 | CITY W/H TAX .00 | |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**



**9086**

| EMPLOYEE | | | | | CHECK NO. | | **009086** |
|---|---|---|---|---|---|---|---|

Miguel E. Rodriguez    XXX-XX-3045

| EMP. NO. | OVERTIME | HOLIDAY | SP. | REGULAR | VACATION | EARNINGS | |
|---|---|---|---|---|---|---|---|
| 0035 | .00 | | | 460.00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | |
| 40.00 | .00 | | 40.00 | .00 | .00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 460.00 |
| 35.19 | 0.00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 35.19 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |
| PAY PERIOD | | | YEAR TO DATE | | | | .00 |
| 06/17/10 | GROSS | 11,443.95 | FED. W/H TAX | .00 | OTHER ST. TAX | .00 | NET PAY |
| 06/23/10 | FICA | 875.47 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | 424.81 |

## LAKE CLARKE GARDENS CONDOMINIUM, INC.

**9103**

| EMPLOYEE | | | | | CHECK NO. | | **009103** |
|---|---|---|---|---|---|---|---|

Miguel E. Rodriguez    XXX-XX-3045

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | |
|---|---|---|---|---|---|---|---|
| 0035 | .00 | | .00 | 460.00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | |
| 40.00 | .00 | | 40.00 | .00 | .00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 460.00 |
| 35.19 | 0.00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 35.19 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |
| PAY PERIOD | | | YEAR TO DATE | | | | .00 |
| 06/24/10 | GROSS | 11,903.95 | FED. W/H TAX | .00 | OTHER ST. TAX | .00 | NET PAY |
| 06/30/10 | FICA | 910.66 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | 424.81 |

## LAKE CLARKE GARDENS CONDOMINIUM, INC.

**9121**

| EMPLOYEE | | | | | CHECK NO. | | **009121** |
|---|---|---|---|---|---|---|---|

Miguel E. Rodriguez    XXX-XX-3045

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | |
|---|---|---|---|---|---|---|---|
| 0035 | .00 | 8.00 | .00 | 368.00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | |
| 32.00 | .00 | | 40.00 | .00 | 92.00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 460.00 |
| 35.19 | 0.00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 35.19 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |
| PAY PERIOD | | | YEAR TO DATE | | | | .00 |
| 07/01/10 | GROSS | 12,363.95 | FED. W/H TAX | .00 | OTHER ST. TAX | .00 | NET PAY |
| 07/07/10 | FICA | 945.85 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | 424.81 |

## LAKE CLARKE GARDENS CONDOMINIUM, INC.



**EMPLOYEE** Miguel E. Rodr.     XXX-XX-3045     CHECK NO.   009138   **9138**

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | NINGS | |
|---|---|---|---|---|---|---|---|---|
| 0035 | .00 | .00 | .00 | 454.25 | .00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | |
| 39.50 | .00 | .00 | 39.50 | .00 | .00 | .00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 454.25 |
| 34.75 | 0.00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 34.75 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |

**PAY PERIOD** 07/08/10 07/14/10

| | GROSS | YEAR TO DATE | | | | |
|---|---|---|---|---|---|---|
| | 12,818.20 | FED. W/H TAX | .00 | OTHER ST. TAX | .00 | NET PAY |
| FICA | 980.60 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | 419.50 |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**

---

**EMPLOYEE** Miguel E. Rodriquez     XXX-XX-3045     CHECK NO.   009155   **9155**

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | EARNINGS | |
|---|---|---|---|---|---|---|---|---|
| 0035 | .00 | .00 | .00 | 460.00 | .00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | |
| 40.00 | .00 | .00 | 40.00 | .00 | .00 | .00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 460.00 |
| 35.19 | 0.00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 35.19 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |

**PAY PERIOD** 07/15/10 07/21/10

| | GROSS | YEAR TO DATE | | | | |
|---|---|---|---|---|---|---|
| | 13,278.20 | FED. W/H TAX | .00 | OTHER ST. TAX | .00 | NET PAY |
| | 1,015.79 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | 424.81 |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**

---

**EMPLOYEE** Miguel E. Rodriquez     XXX-XX-3045     CHECK NO.   009172   **9172**

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | EARNINGS | |
|---|---|---|---|---|---|---|---|---|
| 0035 | .00 | .00 | .00 | 460.00 | .00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | |
| 40.00 | .00 | .00 | 40.00 | .00 | .00 | .00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 460.00 |
| 35.19 | 0.00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 35.19 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |

**PAY PERIOD** 07/22/10 07/28/10

| | GROSS | YEAR TO DATE | | | | |
|---|---|---|---|---|---|---|
| | 13,738.20 | FED. W/H TAX | .00 | OTHER ST. TAX | .00 | NET PAY |
| | 1,050.98 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | 424.81 |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**



**LAKE CLARKE GARDENS CONDOMINIUM, INC.**

TO REORDER, CALL DYNAMIC SYSTEMS @ 800-782-2948

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**

## Pay Stub 1 — Check No. 9240

| EMPLOYEE | | | | CHECK NO. | 9240 |
|---|---|---|---|---|---|
| Miguel E. Rodriquez | | XXX-XX-3045 | EARNINGS | | 009240 |

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK |
|---|---|---|---|---|---|---|
| 0035 | .00 | .00 | .00 | 460.00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL |
| 40.00 | .00 | .00 | 40.00 | .00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 460.00 |
| 35.19 | 0.00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 35.19 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |
| PAY PERIOD | | | YEAR TO DATE | | | | .00 |
| 08/19/10 | GROSS 15,440.20 | FED. W/H TAX .00 | OTHER ST. TAX .00 | | | | NET PAY |
| 08/25/10 | 1,181.1 | STATE W/H TAX .00 | CITY W/H TAX .00 | | | | 424.81 |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**

## Pay Stub 2 — Check No. 9257

| EMPLOYEE | | | | CHECK NO. | 9257 |
|---|---|---|---|---|---|
| Miguel E. Rodriquez | | XXX-XX-3045 | EARNINGS | | 009257 |

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK |
|---|---|---|---|---|---|---|
| 0035 | .00 | .00 | .00 | 460.00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL |
| 40.00 | .00 | .00 | .00 | .00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 460.00 |
| 35.19 | 0.00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 35.19 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |
| PAY PERIOD | | | YEAR TO DATE | | | | .00 |
| 08/26/10 | GROSS 15,900.20 | FED. W/H TAX .00 | OTHER ST. TAX .00 | | | | NET PAY |
| 09/01/10 | 1,216.38 | STATE W/H TAX .00 | CITY W/H TAX .00 | | | | 424.81 |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**

## Pay Stub 3 — Check No. 9274

| EMPLOYEE | | | | CHECK NO. | 9274 |
|---|---|---|---|---|---|
| Miguel E. Rodriquez | | XXX-XX-3045 | EARNINGS | | 009274 |

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK |
|---|---|---|---|---|---|---|
| 0035 | .00 | 8.00 | .00 | 368.00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL |
| 32.00 | .00 | .00 | 40.00 | .00 | 92.00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 460.00 |
| 35.19 | .00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 35.19 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |
| PAY PERIOD | | | YEAR TO DATE | | | | .00 |
| 09/02/10 | GROSS 16,360.20 | FED. W/H TAX .00 | OTHER ST. TAX .00 | | | | NET PAY |
| 09/08/10 | 1,251.57 | STATE W/H TAX .00 | CITY W/H TAX .00 | | | | 424.81 |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**



| EMPLOYEE | Miguel E. Rodriguez | XXX-XX-3045 | | CHECK NO. | **9291** 009291 |

| EMP. NO. | OVERTIME | HOLIDAY | Sᴵᶜᴷ | REGULAR | VACATION | EARNINGS | | |
|---|---|---|---|---|---|---|---|---|
| 0035 | .00 | .00 | | 460.00 | .00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | |
| 40.00 | .00 | .00 | 40.00 | .00 | .00 | .00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 460.00 |
| 35.19 | 0.00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 35.19 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |
| | | | | | | | .00 |

| PAY PERIOD | GROSS | | YEAR TO DATE | OTHER ST. TAX | | NET PAY |
|---|---|---|---|---|---|---|
| 09/09/10 | 16,820.20 | FED. W/H TAX | .00 | | .00 | |
| 09/15/10 | | 1,286.76 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | 424.81 |

## LAKE CLARKE GARDENS CONDOMINIUM, INC.



| EMPLOYEE | Miguel E. Rodriguez | XXX-XX-3045 | | CHECK NO. | **9307** 009307 |

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | EARNINGS SICK | | |
|---|---|---|---|---|---|---|---|---|
| 0035 | .00 | .00 | .00 | 460.00 | .00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | |
| 40.00 | .00 | .00 | 40.00 | .00 | .00 | .00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 460.00 |
| 35.19 | 0.00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 35.19 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |
| | | | | | | | .00 |

| PAY PERIOD | GROSS | | YEAR TO DATE | OTHER ST. TAX | | NET PAY |
|---|---|---|---|---|---|---|
| 09/16/10 | 17,280.20 | FED. W/H TAX | .00 | | .00 | |
| 09/22/10 | | 1,321.95 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | 424.81 |

## LAKE CLARKE GARDENS CONDOMINIUM, INC.



| EMPLOYEE | Miguel E. Rodriguez | XXX-XX-3045 | | CHECK NO. | **9324** 009324 |

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | EARNINGS SICK | | |
|---|---|---|---|---|---|---|---|---|
| 0035 | .50 | .00 | .00 | 460.00 | .00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | |
| 40.00 | .00 | .00 | 40.50 | 8.63 | .00 | .00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | | 468.63 |
| 35.86 | 0.00 | .00 | .00 | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | | 35.86 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| .00 | .00 | .00 | .00 | .00 | .00 | | TOTAL VOL. DED. |
| | | | | | | | .00 |

| PAY PERIOD | GROSS | | YEAR TO DATE | OTHER ST. TAX | | NET PAY |
|---|---|---|---|---|---|---|
| 09/23/10 | 17,748.83 | FED. W/H TAX | .00 | | .00 | |
| 09/29/10 | | 1,357.81 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | 432.77 |

## LAKE CLARKE GARDENS CONDOMINIUM, INC.



**9341**

| EMPLOYEE | Miguel E. Rodriguez | XXX-XX-3045 | | | CHECK NO. | 009341 |

| EMP. NO. | OVERTIME | HOLIDAY | S. | REGULAR | VACATION | EARNINGS | | |
|---|---|---|---|---|---|---|---|---|
| 0035 | | | | 460.00 | .00 | | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | |
| 40.00 | .00 | .00 | 40.00 | .00 | .00 | .00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | GROSS PAY |
|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | 460.00 |
| 35.19 | 0.00 | .00 | .00 | .00 | .00 | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | 35.19 |
| .00 | .00 | .00 | .00 | .00 | .00 | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | .00 |
| | .00 | .00 | .00 | .00 | .00 | TOTAL VOL. DED. |
| PAY PERIOD | | | YEAR TO DATE | | | .00 |
| 09/30/10 | GROSS | 18,208.83 | FED. W/H TAX | .00 | OTHER ST. TAX | .00 | NET PAY |
| 10/06/10 | FICA | 1,393.00 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | 424.81 |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**

**9357**

| EMPLOYEE | Miguel E. Rodriguez | XXX-XX-3045 | | | CHECK NO. | 009357 |

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | EARNINGS | |
|---|---|---|---|---|---|---|---|---|
| 0035 | .00 | .00 | .00 | 448.50 | .00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | |
| 39.00 | .00 | .00 | 39.00 | .00 | .00 | .00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | GROSS PAY |
|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | 448.50 |
| 34.31 | 0.00 | .00 | .00 | .00 | .00 | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | 34.31 |
| .00 | .00 | .00 | .00 | .00 | .00 | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | .00 |
| | .00 | .00 | .00 | .00 | .00 | TOTAL VOL. DED. |
| PAY PERIOD | | | YEAR TO DATE | | | .00 |
| 10/07/10 | GROSS | 18,657.3 | FED. W/H TAX | .00 | OTHER ST. TAX | .00 | NET PAY |
| 10/13/10 | FICA | 1,427.3 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | 414.19 |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**

**937.**

| EMPLOYEE | Miguel E. Rodriquez | XXX-XX-3045 | | | CHECK NO. | 009373 |

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | EARNINGS | |
|---|---|---|---|---|---|---|---|---|
| 0035 | .00 | .00 | .00 | 437.00 | .00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | |
| 38.00 | .00 | .00 | 38.00 | .00 | .00 | .00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | GROSS PAY |
|---|---|---|---|---|---|---|
| FICA | STATE W/H TAX | UNION | | | | 437.00 |
| 33.43 | 0.00 | .00 | .00 | .00 | .00 | TOTAL TAXES W/H |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | 33.43 |
| .00 | .00 | .00 | .00 | .00 | .00 | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | .00 |
| | .00 | .00 | .00 | .00 | .00 | TOTAL VOL. DED. |
| PAY PERIOD | | | YEAR TO DATE | | | .00 |
| 10/14/10 | GROSS | 19,094.33 | FED. W/H TAX | .00 | OTHER ST. TAX | .00 | NET PAY |
| 10/20/10 | FICA | 1,460.74 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | 403.57 |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**



| EMPLOYEE | Miguel E. Rodriguez | | | XXX-XX-3045 | | | CHECK NO. | 9389 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | EARNINGS SICK | | 009389 |
| 0035 | .00 | .00 | | 460.00 | | | | |
| REGULAR | VACATION | SICK | TOTAL. HRS. | OVERTIME | HOLIDAY | SPECIAL | | |
| 40.00 | .00 | .00 | 40.00 | .00 | .00 | .00 | .00 | .00 |

| TAXES/WITHHOLDINGS | | | VOLUNTARY DEDUCTIONS | | | | GROSS PAY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FICA | STATE W/H TAX | UNION | | | | | 460.00 |
| 35.19 | 0.00 | .00 | | .00 | | | TOTAL TAXES WH |
| FEDERAL W/H TAX | OTHER ST. W/H | LOAN | | | | .00 | 35.19 |
| .00 | .00 | .00 | .00 | .00 | | | TOTAL OTHER TAXES |
| | CITY W/H TAX | GARNISH | | | | | .00 |
| | .00 | .00 | .00 | .00 | | .00 | TOTAL VOL. DED. |
| PAY PERIOD | | YEAR TO DATE | | | | | .00 |
| 10/21/10 | GROSS | 19,554.32 | FED. W/H TAX | .00 | OTHER ST. TAX | .00 | NET PAY |
| 10/27/10 | FICA | 1,495.9 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | 424.81 |

**LAKE CLARKE GARDENS CONDOMINIUM, INC.**



| EMPLOYEE | Miguel E. Rodriquez | | | XXX-XX-3045 | | | | CHECK NO. | 9405 |
|---|---|---|---|---|---|---|---|---|---|
| | HOURS | | | | | | EARNINGS | | 009405 |
| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | | | |
| 0035 | .00 | | .00 | 454.25 | .00 | .00 | | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | | |
| 39.50 | .00 | .00 | 39.50 | .00 | .00 | .00 | | .00 | .00 |

| TAXES/WITHHOLDINGS | | | | VOLUNTARY DEDUCTIONS | | | | | GROSS PAY |
|---|---|---|---|---|---|---|---|---|---|
| FICA | | STATE W/H TAX | UNION | | | | | | 454.25 |
| 34.75 | | 0.00 | .00 | .00 | | .00 | .00 | | TOTAL TAXES W/H |
| FEDERAL W/H TAX | | OTHER ST. W/H | LOAN | | | | | | 34.75 |
| | .00 | .00 | .00 | .00 | | .00 | .00 | | TOTAL OTHER TAXES |
| | | CITY W/H TAX | GARNISH | | | | | | .00 |
| | .00 | .00 | .00 | .00 | | .00 | .00 | | TOTAL VOL. DED. |
| | | | | YEAR TO DATE | | | | | .00 |

| PAY PERIOD | GROSS | | FED. W/H TAX | | OTHER ST. TAX | | NET PAY |
|---|---|---|---|---|---|---|---|
| 10/28/10 | 20,008.58 | | .00 | | .00 | | 419.50 |
| 11/03/10 | 1,530.68 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | | |

LAKE CLARKE GARDENS CONDOMINIUM, INC.



EMPLOYEE    Miguel E. Rodriguez        XXX-XX-3045                    CHECK NO.    9438

| EMP. NO. | OVERTIME | HOLIDAY | SPECIAL | REGULAR | VACATION | SICK | | 009438 |
|---|---|---|---|---|---|---|---|---|
| 0035 | .00 | .00 | | 460.00 | .00 | .00 | .00 | .00 |
| REGULAR | VACATION | SICK | TOTAL HRS. | OVERTIME | HOLIDAY | SPECIAL | | |
| 40.00 | .00 | .00 | 40.00 | .00 | .00 | .00 | | |

TAXES/WITHHOLDINGS

| FICA | STATE W/H TAX | UNION | VOLUNTARY DEDUCTIONS | | | GROSS PAY 460.00 |
|---|---|---|---|---|---|---|
| FEDERAL W/H TAX 35.19 | 0.00 | .00 | .00 | .00 | .00 | TOTAL TAXES W/H 35.19 |
| .00 | OTHER ST. W/H .00 | LOAN .00 | | .00 | .00 | TOTAL OTHER TAXES .00 |
| .00 | CITY W/H TAX .00 | GARNISH .00 | .00 | .00 | .00 | TOTAL VOL. DED. .00 |

| PAY PERIOD | GROSS | YEAR TO DATE | | | | |
|---|---|---|---|---|---|---|
| 11/11/10 | 20,928.58 | FED. W/H TAX | .00 | OTHER ST. TAX | .00 | NET PAY |
| 11/17/10 | 1,601.05 | STATE W/H TAX | .00 | CITY W/H TAX | .00 | 424.81 |

LAKE CLARKE GARDENS CONDOMINIUM, INC.