**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (6/11/10)          Case Number **10–46204–EPK**

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/26/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.

All documents filed in the case may be accessed electronically via CM/ECF including at the public access terminals in every clerk's office.
**NOTE:  THE STAFF OF THE BANKRUPTCY CLERK'S OFFICE CANNOT GIVE LEGAL ADVICE.**

**See Reverse Side For Important Explanations and SDFL Local Court Requirements.**

| | |
|---|---|
| **Debtor(s) name(s) and address(es) (for names include married, maiden and trade used by the debtor(s) in the last 8 years):** | |
| Miguel Ernesto Rodriguez<br>1335 Wellington Street<br>West Palm Beach, FL 33401 | Marisel Sabina<br>1335 Wellington Street<br>West Palm Beach, FL 33401 |
| **Case Number:**<br>10–46204–EPK | **Last four digits of Social–Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:**  xxx–xx–3045<br>xxx–xx–2510 |
| **Attorney for Debtor(s) (or Pro Se Debtor) name and address:**<br>Ross G Lavin<br>1481 S Military Trail # 10<br>West Palm Beach, FL 33415<br>**Telephone number:**  561–641–5440 | **Bankruptcy Trustee (name and address):**<br>Robert C Furr<br>www.furrtrustee.com<br>2255 Glades Road Ste 337W<br>Boca Raton, FL 33431<br>**Telephone number:**  561–395–1840 |

## MEETING OF CREDITORS

Date:  **January 7, 2011**                    Time:  **08:30 AM**

Location:  **Flagler Waterview Bldg, 1515 N Flagler Dr Rm 870, West Palm Beach, FL 33401**

 **Note: Debtors must bring original government–issued photo identification and proof of the social security number (or if applicable Tax ID) to this meeting.**
 **WARNING TO DEBTOR: Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to timely file required schedules, statements or lists, and for failure to file pre–bankruptcy certification of credit counseling or file wage documentation.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Documents submitted for filing must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts:**  3/8/11
**Deadline to Object to Trustee's Report of Abandonment:** See explanation on reverse.
**Deadline to Object to Exemptions:**
Thirty days after the conclusion of the meeting of creditors scheduled in this notice or within thirty days of any amendment to the list or supplemental schedules.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the bankruptcy clerk's office where assigned judge is chambered:**<br>Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401<br>Telephone: 561–514–4100 | |
| **Hours Open:**  Monday – Friday 9:00 AM – 4:30 PM<br>Closed all Legal Holidays | **Clerk of the Bankruptcy Court:**  Katherine Gould Feldman<br>**For:** Judge  Erik P. Kimball<br>**Date:** 11/29/10 |

# EXPLANATIONS

FORM B9A (6/11/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side (or the existing case under another chapter has been converted to chapter 7). |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present with required original government−issued photo identification and proof of the social security number (or, if applicable, Tax ID) at the meeting to be questioned under oath by the trustee and by creditors.* **Creditors are welcome to attend, but are not required to do so.** The meeting may be continued and concluded at a later date without further notice. As mandated by the Department of Homeland Security, **ALL** visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g., drivers license, state identification card, passport, or immigration card). |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this case is converted from chapter 13, pursuant to Local Rules 1019−1(E) and 3002−1(A), it has been designated as a no asset case at this time. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. Writing a letter to the court or judge is not sufficient. An adversary complaint must be filed in accordance with the applicable rules. The discharge will not be issued until the Official Bankruptcy Form "Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management" is filed by the debtor. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format at any clerk's office public terminal (at no charge for viewing ) or via PACER ON THE INTERNET (charges apply). Case filing information and unexpired deadline dates can be obtained by calling the Voice Case Information System: (305)536−5979 or (800)473−0226. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Abandonment of Property by Trustee | Pursuant to Local Rule 6007−1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within 2 business days. Objections to the report must be filed within 14 days of the meeting. |
| Electronic Bankruptcy Noticing | Parties can now choose to receive all notices (including attachments) served by the clerk's office electronically instead of via US mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at ebn.uscourts.gov |
| Translating Services | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |

## −− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 113C-9          User: corralh           Page 1 of 2          Date Rcvd: Nov 29, 2010
Case: 10-46204               Form ID: B9A             Total Noticed: 55
```

The following entities were noticed by first class mail on Dec 01, 2010.
```
db/jdb      +Miguel Ernesto Rodriguez,   Marisel Sabina,   1335 Wellington Street,
             West Palm Beach, FL 33401-6855
aty         +Ross G Lavin,   1481 S Military Trail # 10,   West Palm Beach, FL 33415-9143
smg         +Highlands County Tax Collector,   540 S Commerce Ave,   Sebring, FL 33870-3867
88740410    +American Home Mortgage Servicing,   1525S. Beltline Rd.,   Coppell, TX 75019-4913
88740412    +Ashley Furni,   Po Box 94498,   Las Vegas, NV 89193-4498
88740414    +Associates/citibank,   Attn: Centralized Bankruptcy,   7255 Baymeadows Way,
             Jacksonville, FL 32256-6851
88740417    +Calvary Portfolio Services,   Attention: Bankruptcy Department,   Po Box 1017,
             Hawthorne, NY 10532-7504
88740421    +Chase Mtg,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
88740425    +City Ntl Bk,   Attn: Bankruptcy,   Po Box 785057,   Orlando, FL 32878-5057
88740434    +Hilco Rec,   Attn: Bankruptcy,   1120 Lake Cook Road Suite B,   Buffalo Grove, IL 60089-1970
88740437    +Lord & Taylor,   424 5th Avenue,   New York, NY 10018-2771
88740442    +National Credit Adjust,   Po Box 3023,   Hutchinson, KS 67504-3023
88740444    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541)
88740445    +Prsm/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
88740446    +Residential Credit Slt,   4282 North Fwy,   Fort Worth, TX 76137-5021
88740447    +Sarah Barbaccia, Esq,   Ben-Ezra & Katz, PA,   2901 Stirling Rd., Suite 100,
             Fort Lauderdale, FL 33312-6525
88740450    +Tempus Financial Services,   5422 Carrier Dr Ste 100,   Orlando, FL 32819-8394
88740451     Tempus Financial Services,   P.O. Box 538683,   Atlanta, GA 30353-8683
88740452    +Tnb-visa,   Po Box 560284,   Dallas, TX 75356-0284
```

The following entities were noticed by electronic transmission on Nov 30, 2010.
```
tr          +EDI: QRCFURR.COM Nov 29 2010 23:13:00   Robert C Furr,   www.furrtrustee.com,
             2255 Glades Road Ste 337W,   Boca Raton, FL 33431-7379
smg          EDI: FLDEPREV.COM Nov 29 2010 23:13:00   Florida Department of Revenue,   POB 6668,
             Bankruptcy Division,   Ft Lauderdale, FL  32314-6668
ust         +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov                          Office of the US Trustee,
             51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
88740413    +EDI: ACCE.COM Nov 29 2010 23:13:00   Asset Acceptance,   Po Box 2036,   Warren, MI 48090-2036
88740415     EDI: BANKAMER.COM Nov 29 2010 23:13:00   Bank Of America,   4060 Ogletown/Stanton Rd,
             Newark, DE 19713
88740416    +EDI: TSYS2.COM Nov 29 2010 23:13:00   Burdine's,   Attention: Bankruptcy,   Po Box 8053,
             Mason, OH 45040-8053
88740418    +EDI: AIS.COM Nov 29 2010 23:13:00   Capital One, N.a.,   C/O American Infosource,
             Po Box 54529,   Oklahoma City, OK 73154-1529
88740420    +EDI: CHASE.COM Nov 29 2010 23:18:00   Chase,   9451 Corbin Avenue,   Northridge, CA 91324-1665
88740419    +EDI: CHASE.COM Nov 29 2010 23:18:00   Chase,   Po Box 15298,   Wilmington, DE 19850-5298
88740422    +EDI: CHASE.COM Nov 29 2010 23:18:00   Chase- Tjx,   Po Box 15298,   Wilmington, DE 19850-5298
88740423    +EDI: CITICORP.COM Nov 29 2010 23:13:00   Citibank Sd, Na,   Attn: Centralized Bankruptcy,
             Po Box 20507,   Kansas City, MO 64195-0507
88740424    +EDI: CITICORP.COM Nov 29 2010 23:13:00   Citibank Usa,   Attn.: Centralized Bankruptcy,
             Po Box 20363,   Kansas City, MO 64195-0363
88740426    +EDI: DISCOVER.COM Nov 29 2010 23:13:00   Discover Fin,   Po Box 6103,
             Carol Stream, IL 60197-6103
88740440     EDI: FORD.COM Nov 29 2010 23:13:00   Mazda American Credit,   Po Box 537901,
             Livonia, MI 48153
88740427    +EDI: RMSC.COM Nov 29 2010 23:13:00   GEMB / HH Gregg,   Attention: Bankruptcy,   Po Box 103106,
             Roswell, GA 30076-9106
88740428    +EDI: RMSC.COM Nov 29 2010 23:13:00   GEMB / Old Navy,   Attention: GEMB,   Po Box 103104,
             Roswell, GA 30076-9104
88740429    +EDI: RMSC.COM Nov 29 2010 23:13:00   Gemb/ashley City Furni,   Po Box 981439,
             El Paso, TX 79998-1439
88740430    +EDI: RMSC.COM Nov 29 2010 23:13:00   Gemb/jcp,   Attention: Bankruptcy,   Po Box 103104,
             Roswell, GA 30076-9104
88740431    +EDI: RMSC.COM Nov 29 2010 23:13:00   Gemb/oldnavydc,   Po Box 981400,   El Paso, TX 79998-1400
88740433    +EDI: RMSC.COM Nov 29 2010 23:13:00   Gemb/walmart,   Po Box 981400,   El Paso, TX 79998-1400
88740432    +EDI: RMSC.COM Nov 29 2010 23:13:00   Gemb/walmart,   Attn: Bankruptcy,   Po Box 103104,
             Roswell, GA 30076-9104
88740435    +EDI: HFC.COM Nov 29 2010 23:13:00   Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,
             Carol Stream, IL 60197-5213
88740436    +EDI: FORD.COM Nov 29 2010 23:13:00   Kia Us,   9009 Carothers Pkwy Ste,
             Franklin, TN 37067-1704
88740437    +EDI: MAYSTORES.COM Nov 29 2010 23:13:00   Lord & Taylor,   424 5th Avenue,
             New York, NY 10018-2771
88740438    +EDI: RESURGENT.COM Nov 29 2010 23:13:00   Lvnv Funding Llc,   Po Box 10584,
             Greenville, SC 29603-0584
88740439    +EDI: TSYS2.COM Nov 29 2010 23:13:00   Macys/fdsb,   Attn: Bankruptcy,   Po Box 8053,
             Mason, OH 45040-8053
88740441    +EDI: MID8.COM Nov 29 2010 23:13:00   Midland Credit Management,   Po Box 939019,
             San Diego, CA 92193-9019
88740444     EDI: PRA.COM Nov 29 2010 23:13:00   Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,
             Norfolk, VA 23541
88740443    +EDI: CFSX.COM Nov 29 2010 23:13:00   Paragon Way Inc,   2101 W Ben White Blvd,
             Austin, TX 78704-7516
88740448    +EDI: SEARS.COM Nov 29 2010 23:13:00   Sears/cbsd,   701 East 60th St N,
             Sioux Falls, SD 57104-0432
88740449    +E-mail/Text: kdancy@securitycreditservicesllc.com                  Security Credit Servic,
             2653 West Oxford Loop,   Suite 108,   Oxfods, MS 38655-2929
```

```
District/off: 113C-9          User: corralh          Page 2 of 2          Date Rcvd: Nov 29, 2010
Case: 10-46204                Form ID: B9A            Total Noticed: 55

The following entities were noticed by electronic transmission (continued)
88740453     +EDI: WFNNB.COM Nov 29 2010 23:13:00     Victoria's Secret,   Po Box 182124,
              Columbus, OH 43218-2124
88740454     +EDI: CHASE.COM Nov 29 2010 23:18:00     Washington Mutual / Providian,   Attn: Bankruptcy Dept.,
              Po Box 15298,   Wilmington, DE 19850-5298
88740455     +EDI: CHASE.COM Nov 29 2010 23:18:00     Washington Mutual Mortgage/ Chase,
              Attention:  Bankruptcy Dept. JAXA 2035,   7255 Bay Meadows Way,   Jacksonville, FL 32256-6851
88740456     +EDI: WESTASSET.COM Nov 29 2010 23:13:00    West Asset Management,   Attn: Bankruptcy,
              2703 North Highway 75,   Sherman, TX 75090-2567
88740458     +EDI: WFFC.COM Nov 29 2010 23:13:00     Wf Fin Bank,   Wells Fargo Financial,   4137 121st St,
              Urbandale, IA 50323-2310
88740457     +EDI: WFFC.COM Nov 29 2010 23:13:00     Wf Fin Bank,   Wells Fargo Financial,   4137 121st St,
              Urbandale, IA 50323-2310
88740459     +EDI: WFFC.COM Nov 29 2010 23:13:00     Wffinancial,   800 Walnut St,   Des Moines, IA 50309-3504
                                                                                          TOTAL: 38

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
88740411      American Home Mtg Srv,    Please call 1-888-237-9280,   with specific loan number
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2010**          **Signature:**  *Joseph Speetjens*