**CGFD65** (12/1/09)



**ORDERED in the Southern District of Florida on February 1, 2011**

**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 10–46204–EPK

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Miguel Ernesto Rodriguez
1335 Wellington Street
West Palm Beach, FL 33401

SSN: xxx–xx–3045

Marisel Sabina
1335 Wellington Street
West Palm Beach, FL 33401

SSN: xxx–xx–2510

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

# # #

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*

# CERTIFICATE OF NOTICE

```
District/off: 113C-9           User: corralh              Page 1 of 2                   Date Rcvd: Feb 01, 2011
Case: 10-46204                 Form ID: CGFD65            Total Noticed: 52


The following entities were noticed by first class mail on Feb 03, 2011.
db/jdb        +Miguel Ernesto Rodriguez,    Marisel Sabina,    1335 Wellington Street,
               West Palm Beach, FL 33401-6855
smg            Florida Department of Revenue,     POB 6668,    Bankruptcy Division,    Ft Lauderdale, FL  32314-6668
smg           +Highlands County Tax Collector,    540 S Commerce Ave,    Sebring, FL 33870-3867
88740410      +American Home Mortgage Servicing,     1525S. Beltline Rd.,    Coppell, TX 75019-4913
88740412      +Ashley Furni,    Po Box 94498,    Las Vegas, NV 89193-4498
88740414      +Associates/citibank,    Attn: Centralized Bankruptcy,     7255 Baymeadows Way,
               Jacksonville, FL 32256-6851
88740415       Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
88740416      +Burdine's,    Attention: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
88740417      +Calvary Portfolio Services,    Attention: Bankruptcy Department,     Po Box 1017,
               Hawthorne, NY 10532-7504
88740419      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
88740420      +Chase,    9451 Corbin Avenue,    Northridge, CA 91324-1665
88740421      +Chase Mtg,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
88740422      +Chase- Tjx,    Po Box 15298,    Wilmington, DE 19850-5298
88740423      +Citibank Sd, Na,    Attn: Centralized Bankruptcy,     Po Box 20507,    Kansas City, MO 64195-0507
88740424      +Citibank Usa,    Attn.: Centralized Bankruptcy,     Po Box 20363,    Kansas City, MO 64195-0363
88740425      +City Ntl Bk,    Attn: Bankruptcy,    Po Box 785057,    Orlando, FL 32878-5057
88740440     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: Mazda American Credit,     Po Box 537901,    Livonia, MI 48153)
88740434      +Hilco Rec,    Attn: Bankruptcy,    1120 Lake Cook Road Suite B,    Buffalo Grove, IL 60089-1970
88740435      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
88740436      +Kia Us,    9009 Carothers Pkwy Ste,    Franklin, TN 37067-1704
88740437      +Lord & Taylor,    424 5th Avenue,    New York, NY 10018-2771
88740439      +Macys/fdsb,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
88740441      +Midland Credit Management,    Po Box 939019,    San Diego, CA 92193-9019
88740442      +National Credit Adjust,    Po Box 3023,    Hutchinson, KS 67504-3023
88740444     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,     Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
88740443      +Paragon Way Inc,    2101 W Ben White Blvd,    Austin, TX 78704-7516
88740445      +Prsm/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
88740446      +Residential Credit Slt,    4282 North Fwy,    Fort Worth, TX 76137-5021
88740447      +Sarah Barbaccia, Esq,    Ben-Ezra & Katz, PA,     2901 Stirling Rd., Suite 100,
               Fort Lauderdale, FL 33312-6525
88740448      +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
88740451       Tempus Financial Services,    P.O. Box 538683,    Atlanta, GA 30353-8683
88740450      +Tempus Financial Services,    5422 Carrier Dr Ste 100,    Orlando, FL 32819-8394
88740452      +Tnb-visa,    Po Box 560284,    Dallas, TX 75356-0284
88740453      +Victoria's Secret,    Po Box 182124,    Columbus, OH 43218-2124
88740454      +Washington Mutual / Providian,    Attn: Bankruptcy Dept.,     Po Box 15298,
               Wilmington, DE 19850-5298
88740455      +Washington Mutual Mortgage/ Chase,    Attention: Bankruptcy Dept. JAXA 2035,
               7255 Bay Meadows Way,    Jacksonville, FL 32256-6851
88740456      +West Asset Management,    Attn: Bankruptcy,    2703 North Highway 75,    Sherman, TX 75090-2567
88740458      +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbandale, IA 50323-2310
88740457      +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbandale, IA 50323-2310
88740459      +Wffinancial,    800 Walnut St,    Des Moines, IA 50309-3504

The following entities were noticed by electronic transmission on Feb 02, 2011.
88740413      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                             Asset Acceptance,
               Po Box 2036,    Warren, MI 48090-2036
88740418      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 02 2011 01:49:38       Capital One, N.a.,
               C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
88740426      +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 02 2011 01:49:48      Discover Fin,    Po Box 6103,
               Carol Stream, IL 60197-6103
88740427      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2011 01:39:51       GEMB / HH Gregg,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
88740428      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2011 01:39:50       GEMB / Old Navy,    Attention: GEMB,
               Po Box 103104,    Roswell, GA 30076-9104
88740429      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2011 01:39:54       Gemb/ashley City Furni,
               Po Box 981439,    El Paso, TX 79998-1439
88740430      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2011 01:39:53       Gemb/jcp,    Attention: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
88740431      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2011 01:39:54       Gemb/oldnavydc,    Po Box 981400,
               El Paso, TX 79998-1400
88740433      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2011 01:39:51       Gemb/walmart,    Po Box 981400,
               El Paso, TX 79998-1400
88740432      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2011 01:39:50       Gemb/walmart,    Attn: Bankruptcy,
               Po Box 103104,    Roswell, GA 30076-9104
88740438      +E-mail/Text: resurgentbknotifications@resurgent.com                             Lvnv Funding Llc,
               Po Box 10584,    Greenville, SC 29603-0584
88740449      +E-mail/Text: kdancy@securitycreditservicesllc.com                             Security Credit Servic,
               2653 West Oxford Loop,    Suite 108,    Oxfods, MS 38655-2929
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
88740411       American Home Mtg Srv,    Please call 1-888-237-9280,    with specific loan number
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 113C-9            User: corralh              Page 2 of 2            Date Rcvd: Feb 01, 2011
Case: 10-46204                  Form ID: CGFD65            Total Noticed: 52
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2011**                                **Signature:**    _/s/ Joseph Speetjens_