# LAW OFFICE OF ROSS G. LAVIN, P.A.

Ross G. Lavin †
  † Licensed in Florida and Texas
(561) 641.5440
(512) 366.9780 Fax

1481 S. Military Trail, Suite: 9
West Beach, FL 33415
*Email: eapoe02@yahoo.com*

February 8, 2011

American Home Mortgage Servicing
P.O. Box 631730
Irving, TX 75063

RE:   Case Number 10-46204; In Re: Miguel Rodriguez and Marisel Sabina,
In the United States Bankruptcy Court Southern District of
Florida, Palm Beach Division
AMS Account Number: 31581457

Dear AMS:

Please be advised that I represent Debtors in the above case. Enclosed with this letter, please find the Order Determining Debtor's Compliance With Filing Requirements of Section 521(a)(1), United States Bankruptcy Code dated February 1, 2011. I have also enclosed a Notice of Change of Address, pursuant to the court order.

Please contact me if you have any questions or comments.

Sincerely,

Ross G. Lavin

RGL.me
Enclosures as stated:
CC: Miguel Rodriguez and Marisel Sabina

February 3, 2011

From: United States Bankruptcy Court

RE: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice, Case Number: 10-46204

**TO THE DEBTOR'S ATTORNEY:**

The attached notice could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that one or more addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices.

NOTE: You must immediately send a copy of the attached notice to the recipient(s) listed below. **No further notices will be mailed to the notice recipient(s) listed below until the address is updated in accordance with local court policy using this form, a separate notice of change of address, and/or an amended schedule.** This form cannot be used to add a new creditor not previously listed on the debtor's schedules.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule, you must: 1) locate the correct address and forward the attached notice to each creditor; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

**UNDELIVERABLE ADDRESS:** American Home Mtg Srv, Please call 1-888-237-9280, with specific loan number
**Reason:** Incomplete address
**UPDATED ADDRESS:**

| PO Box 631730 | IRVING | TX | 75063 |

_____     2-8-11
Signature of Debtor or Debtor's Attorney     Date



011884                         13307011895020