**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on March 9, 2011**



**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 10–46204–EPK**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Miguel Ernesto Rodriguez
1335 Wellington Street
West Palm Beach, FL 33401

SSN: xxx–xx–3045

Marisel Sabina
1335 Wellington Street
West Palm Beach, FL 33401

SSN: xxx–xx–2510

## FINAL DECREE

The trustee, Robert C Furr, having filed a final report that the estate has been fully administered, is discharged and the case is closed.