```
                              United States Bankruptcy Court
                              Southern District of Florida
In re:                                                              Case No. 10-46204-EPK
Miguel Ernesto Rodriguez                                            Chapter 7
Marisel Sabina
        Debtors               CERTIFICATE OF NOTICE
District/off: 113C-9          User: corralh                Page 1 of 2                  Date Rcvd: Mar 09, 2011
                              Form ID: CGFD39              Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2011.
db/jdb       +Miguel Ernesto Rodriguez,   Marisel Sabina,   1335 Wellington Street,
               West Palm Beach, FL 33401-6855
smg          +Highlands County Tax Collector,   540 S Commerce Ave,   Sebring, FL 33870-3867
88740410     +American Home Mortgage Servicing,   1525S. Beltline Rd.,   Coppell, TX 75019-4913
88740411      American Home Mtg Srv,   POB 6317301,   Irving TX 75063
88740412     +Ashley Furni,   Po Box 94498,   Las Vegas, NV 89193-4498
88740414     +Associates/citibank,   Attn: Centralized Bankruptcy,   7255 Baymeadows Way,
               Jacksonville, FL 32256-6851
88740417     +Calvary Portfolio Services,   Attention: Bankruptcy Department,   Po Box 1017,
               Hawthorne, NY 10532-7504
88740421     +Chase Mtg,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
88740425     +City Ntl Bk,   Attn: Bankruptcy,   Po Box 785057,   Orlando, FL 32878-5057
88740437     +Lord & Taylor,   424 5th Avenue,   New York, NY 10018-2771
88740442     +National Credit Adjust,   Po Box 3023,   Hutchinson, KS 67504-3023
88740444    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,    Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541)
88740443     +Paragon Way Inc,   2101 W Ben White Blvd,   Austin, TX 78704-7516
88740445     +Prsm/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
88740446     +Residential Credit Slt,   4282 North Fwy,   Fort Worth, TX 76137-5021
88740447     +Sarah Barbaccia, Esq,   Ben-Ezra & Katz, PA,   2901 Stirling Rd., Suite 100,
               Fort Lauderdale, FL 33312-6525
88740449     +Security Credit Servic,   2653 West Oxford Loop,   Suite 108,   Oxfods, MS 38655-2929
88740450     +Tempus Financial Services,   5422 Carrier Dr Ste 100,   Orlando, FL 32819-8394
88740451      Tempus Financial Services,   P.O. Box 538683,   Atlanta, GA 30353-8683
88740452     +Tnb-visa,   Po Box 560284,   Dallas, TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QRCFURR.COM Mar 10 2011 00:38:00     Robert C Furr,   www.furrtrustee.com,
               2255 Glades Road Ste 337W,   Boca Raton, FL 33431-7379
smg           EDI: FLDEPREV.COM Mar 10 2011 00:38:00     Florida Department of Revenue,   POB 6668,
               Bankruptcy Division,   Ft Lauderdale, FL 32314-6668
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Mar 10 2011 01:28:17     Office of the US Trustee,
               51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
88740413     +EDI: ACCE.COM Mar 10 2011 00:38:00     Asset Acceptance,   Po Box 2036,   Warren, MI 48090-2036
88740415      EDI: BANKAMER.COM Mar 10 2011 00:38:00     Bank Of America,   4060 Ogletown/Stanton Rd,
               Newark, DE 19713
88740416     +EDI: TSYS2.COM Mar 10 2011 00:38:00     Burdine’s,   Attention: Bankruptcy,   Po Box 8053,
               Mason, OH 45040-8053
88740418     +EDI: AIS.COM Mar 10 2011 00:38:00     Capital One, N.a.,   C/O American Infosource,
               Po Box 54529,   Oklahoma City, OK 73154-1529
88740420     +EDI: CHASE.COM Mar 10 2011 00:38:00     Chase,   9451 Corbin Avenue,   Northridge, CA 91324-1665
88740419     +EDI: CHASE.COM Mar 10 2011 00:38:00     Chase,   Po Box 15298,   Wilmington, DE 19850-5298
88740422     +EDI: CHASE.COM Mar 10 2011 00:38:00     Chase- Tjx,   Po Box 15298,   Wilmington, DE 19850-5298
88740423     +EDI: CITICORP.COM Mar 10 2011 00:38:00     Citibank Sd, Na,   Attn: Centralized Bankruptcy,
               Po Box 20507,   Kansas City, MO 64195-0507
88740424     +EDI: CITICORP.COM Mar 10 2011 00:38:00     Citibank Usa,   Attn.: Centralized Bankruptcy,
               Po Box 20363,   Kansas City, MO 64195-0363
88740426     +EDI: DISCOVER.COM Mar 10 2011 00:38:00     Discover Fin,   Po Box 6103,
               Carol Stream, IL 60197-6103
88740440      EDI: FORD.COM Mar 10 2011 00:38:00     Mazda American Credit,   Po Box 537901,
               Livonia, MI 48153
88740427     +EDI: RMSC.COM Mar 10 2011 00:38:00     GEMB / HH Gregg,   Attention: Bankruptcy,   Po Box 103106,
               Roswell, GA 30076-9106
88740428     +EDI: RMSC.COM Mar 10 2011 00:38:00     GEMB / Old Navy,   Attention: GEMB,   Po Box 103104,
               Roswell, GA 30076-9104
88740429     +EDI: RMSC.COM Mar 10 2011 00:38:00     Gemb/ashley City Furni,   Po Box 981439,
               El Paso, TX 79998-1439
88740430     +EDI: RMSC.COM Mar 10 2011 00:38:00     Gemb/jcp,   Attention: Bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
88740431     +EDI: RMSC.COM Mar 10 2011 00:38:00     Gemb/oldnavydc,   Po Box 981400,   El Paso, TX 79998-1400
88740433     +EDI: RMSC.COM Mar 10 2011 00:38:00     Gemb/walmart,   Po Box 981400,   El Paso, TX 79998-1400
88740432     +EDI: RMSC.COM Mar 10 2011 00:38:00     Gemb/walmart,   Attn: Bankruptcy,   Po Box 103104,
               Roswell, GA 30076-9104
88740434     +E-mail/Text: BKNOTICES@EAFLLC.COM Mar 10 2011 01:14:38     Hilco Rec,   Attn: Bankruptcy,
               1120 Lake Cook Road Suite B,   Buffalo Grove, IL 60089-1970
88740435     +EDI: HFC.COM Mar 10 2011 00:38:00     Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,
               Carol Stream, IL 60197-5213
88740436     +EDI: FORD.COM Mar 10 2011 00:38:00     Kia Us,   9009 Carothers Pkwy Ste,
               Franklin, TN 37067-1704
88740437     +EDI: MAYSTORES.COM Mar 10 2011 00:38:00     Lord & Taylor,   424 5th Avenue,
               New York, NY 10018-2771
88740438     +EDI: RESURGENT.COM Mar 10 2011 00:38:00     Lvnv Funding Llc,   Po Box 10584,
               Greenville, SC 29603-0584
```

```
District/off: 113C-9          User: corralh            Page 2 of 2           Date Rcvd: Mar 09, 2011
                              Form ID: CGFD39          Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
88740439     +EDI: TSYS2.COM Mar 10 2011 00:38:00      Macys/fdsb,   Attn: Bankruptcy,   Po Box 8053,
              Mason, OH 45040-8053
88740441     +EDI: MID8.COM Mar 10 2011 00:38:00       Midland Credit Management,   Po Box 939019,
              San Diego, CA 92193-9019
88740444      EDI: PRA.COM Mar 10 2011 00:38:00        Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,
              Norfolk, VA 23541
88740448     +EDI: SEARS.COM Mar 10 2011 00:38:00      Sears/cbsd,   701 East 60th St N,
              Sioux Falls, SD 57104-0432
88740453     +EDI: WFNNB.COM Mar 10 2011 00:38:00      Victoria's Secret,   Po Box 182124,
              Columbus, OH 43218-2124
88740454     +EDI: CHASE.COM Mar 10 2011 00:38:00      Washington Mutual / Providian,   Attn: Bankruptcy Dept.,
              Po Box 15298,   Wilmington, DE 19850-5298
88740455     +EDI: CHASE.COM Mar 10 2011 00:38:00      Washington Mutual Mortgage/ Chase,
              Attention:  Bankruptcy Dept. JAXA 2035,   7255 Bay Meadows Way,   Jacksonville, FL 32256-6851
88740456     +EDI: WESTASSET.COM Mar 10 2011 00:38:00    West Asset Management,   Attn: Bankruptcy,
              2703 North Highway 75,   Sherman, TX 75090-2567
88740458     +EDI: WFFC.COM Mar 10 2011 00:38:00       Wf Fin Bank,   Wells Fargo Financial,   4137 121st St,
              Urbandale, IA 50323-2310
88740457     +EDI: WFFC.COM Mar 10 2011 00:38:00       Wf Fin Bank,   Wells Fargo Financial,   4137 121st St,
              Urbandale, IA 50323-2310
88740459     +EDI: WFFC.COM Mar 10 2011 00:38:00       Wffinancial,   800 Walnut St,   Des Moines, IA 50309-3504
                                                                                                 TOTAL: 37

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2011**                     **Signature:**       _Joseph Speetjens_

Form CGFD39  (9/19/08)



ORDERED in the Southern District of Florida on March 9, 2011



**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 10–46204–EPK

Chapter: 7

In re: *

Miguel Ernesto Rodriguez
1335 Wellington Street
West Palm Beach, FL 33401

Last four digits of SSN/ITIN or Complete EIN: xxx–xx–3045

Marisel Sabina
1335 Wellington Street
West Palm Beach, FL 33401

Last four digits of SSN/ITIN or Complete EIN: xxx–xx–2510

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Copies to:  All Parties of record

* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers (ITIN) or complete employer tax–identification numbers (EIN).

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor(s)' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

*###*